AO 92  
(Rev. 6/83)

**COMMITMENT**

| **United States District Court** | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Raudel Cungas | DOCKET NO. 09cr883 (KSH)<br>MAGISTRATE CASE NO. |

The above named defendant was arrested upon the complaint of

charging a violation of supervised release

| **DISTRICT OF OFFENSE** New Jersey | **DATE OF OFFENSE** 12/8/11 |
|---|---|

**DESCRIPTION OF CHARGES:**

Violation of conditions of supervised release.

**BOND IS FIXED AT**
$

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

12/19/11     _[signature]_
Date     KATHARINE S. HAYDEN, United States District Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |